UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------------x

ALFONSO HARRELL, on behalf of herself and all others similarly situated

        Plaintiff,

-v.-

BASSETT FURNITURE INDUSTRIES, INC.

        Defendants.

-------------------------------------------------------------------------x

Civil Action No:
2:24-cv-7808-EP-AME

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 9, 2025

Respectfully Submitted,

/s/Uri Horowitz
Uri Horowitz, Esq.
**Horowitz Law, PLLC**
14441 70th Road
Flushing, NY 11367
uri@horowitzlawpllc.com
Tel. (718) 705-8700
Fax (718) 705-8705
*Attorneys for Plaintiff*

SO ORDERED

s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 1/10/2025